# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Indivior, Inc., Indivior UK Limited, Aquestive Therapeutics, Inc.    v.    Dr. Reddy's Laboratories, S.A., Dr. Reddy's Laboratories, Inc.

No.    18-2167, 18-2169

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:    Indivior, Inc., Indivior UK Limited, Aquestive Therapeutics, Inc.
                                                                           Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | William Charles Baton |
| Law Firm: | Saul Ewing Arnstein & Lehr LLP |
| Address: | One Riverfront Plaza |
| City, State and Zip: | Newark, NJ 07102 |
| Telephone: | 973-286-6700 |
| Fax #: | 973-286-6800 |
| E-mail address: | wbaton@saul.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    09/04/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):    ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    July 20, 2018      Signature of pro se or counsel    /s/ William C. Baton

cc:    Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  July 20, 2018
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| William C. Baton | /s/ William C. Baton |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Saul Ewing Arnstein & Lehr LLP |
| Address | One Riverfront Plaza |
| City, State, Zip | Newark, NJ 07102 |
| Telephone Number | 973-286-6700 |
| Fax Number | 973-286-6800 |
| E-Mail Address | wbaton@saul.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields